**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **HARRIETT DECH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case no. 3:19-CV-00079** |
| **v.** | ) | |
| | ) | |
| **COMPASS GROUP USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

COME NOW the Plaintiff Harriett Dech ("Dech") and Defendant Compass Group USA ("Compass"), by their respective counsel, and jointly move this Court for entry of an Order approving the settlement reached between Dech and Compass as a fair and reasonable settlement of a bona fide dispute arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). Dech and Compass incorporate herein the arguments set forth in the Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, for the reasons outlined above, and for the reasons contained in the accompanying Memorandum of Law, and for all other reasons apparent to the Court, Dech and Compass respectfully request that this Court enter an Order approving the negotiated settlement as fair, reasonable, and adequate.

Respectfully submitted this 15th day of August, 2019

By:＿＿＿/s/ *W. Huntington Byrnes*＿＿＿
W. Huntington Byrnes (VSB. No. 46714)
Steven P. Gould (VSB No. 80411)
BYRNES GOULD PLLC
312 Main Street, Suite 200 (24541)
P.O. Box 47
Danville, Virginia 24543
Telephone: 434.792.2424
Facsimile: 434.321.1661
HByrnes@byrnesgould.com
SGould@byrnesgould.com
*Counsel for Plaintiff*

By:＿＿＿/s/ *Amy M. Pocklington*＿＿＿
Amy M. Pocklington (VSB No. 45233)
amy.pocklington@ogletreedeakins.com
J. Clay Rollins (VSB No. 84382)
clay.rollins@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, Virginia 23219
Tel.: (804) 663-2330
Fax: (855) 843-1809
*Counsel for Defendant*