IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| HARRIETT DECH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPASS GROUP USA, INC., )<br>)<br>Defendant. ) | Civil Action No. 3:19-cv-79-HEH |

## ORDER
**(Granting Joint Motion for Court Approval of Settlement)**

THIS MATTER is before the Court on the Parties' Joint Motion for Court Approval of Settlement (ECF No. 22). The Parties have filed a Memorandum of Law in Support of the Joint Motion for Court Approval of Settlement and a copy of their Settlement Agreement and Release. A final fairness hearing was conducted in this matter on September 5, 2019, with all parties being given advance written notice of the time, date, and location of the hearing.

Upon consideration of the Joint Motion for Court Approval of Settlement and Memorandum of Law in Support of the Joint Motion for Court Approval of Settlement (ECF No. 23), it is hereby ORDERED that the motion is GRANTED and that the Settlement Agreement is APPROVED as fair and reasonable. To effectuate the final dismissal of this action, with prejudice, Plaintiff is DIRECTED to file an appropriate stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within fourteen (14) days.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Sept. 5, 2019
Richmond, VA

**So moved and consented to:**

By: /s/

Steven Patrick Gould
Byrnes Gould PLLC
312 Main Street
Suite 200
Danville, Virginia 24541
Telephone: (434) 792-2424
Email: sgould@byrnesgould.com
*Counsel for the Plaintiff*

Wells Huntington Byrnes
Byrnes Gould PLLC
312 Main Street
Suite 200
Danville, Virginia 24541
Telephone: (434) 792-2424
Email: hbyrnes@byrnesgould.com
*Counsel for the Plaintiff*

**and**

/s/
Amy Michelle Pocklington
Ogletree Deakins Nash Smoak & Stewart PC (Richmond)
901 East Byrd Street
Richmond, Virginia 23219
Telephone: (855) 843-1808
Email: amy.pocklington@ogletreedeakins.com
*Counsel for the Defendant*

2