IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| HARRIETT DECH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:19CV00079-HEH |
| COMPASS GROUP USA, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Harriett Dech, and the Defendant, Compass Group USA, Inc., both by counsel, and hereby stipulate and agree that this case is to be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 6th day of September, 2019.


By: /s/ *W. Huntington Byrnes*
W. Huntington Byrnes (VSB. No. 46714)
Steven P. Gould (VSB No. 80411)
BYRNES GOULD PLLC
312 Main Street, Suite 200 (24541)
P.O. Box 47
Danville, Virginia 24543
Telephone: 434.792.2424
Facsimile: 434.321.1661
HByrnes@byrnesgould.com
SGould@byrnesgould.com
*Counsel for Plaintiff*

By: /s/ *Amy M. Pocklington*
Amy M. Pocklington (VSB No. 45233)
J. Clay Rollins (VSB No. 84382)
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, Virginia 23219
Telephone: 804.663.2330
Facsimile: 855.843.1809
amy.pocklington@ogletreedeakins.com
clay.rollins@ogletreedeakins.com
*Counsel for Defendant*